IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                                     No. C 17-4882 WHA (PR)

**ORDER OF DISMISSAL**

RODNEY THEODORE KRALOVETZ,

       Plaintiff.

_____
/

      This case was opened on August 23, 2017, based upon a letter to Judge Thelton E. Henderson from plaintiff, a California prisoner proceeding pro se, complaining about the implementation of a California Proposition 57. Specifically, he complains that overcrowding in the state prisons has not been alleviated. On the same day that the case was opened, the clerk notified plaintiff that in order to proceed, he must file a complaint and either pay the filing fee or file a completed application to proceed in forma pauperis ("IFP"). Along with these notices, the clerk mailed to plaintiff a form complaint, an IFP application, instructions for completing these items, and a stamped return envelope. The notices informed plaintiff that the case would be dismissed if he did not file a complaint and either pay the fee or file the completed IFP application, all within 28 days. No response has been received. Accordingly, this case is DISMISSED without prejudice.

      The Clerk shall enter judgment and close the file.

      IT IS SO ORDERED.

Dated: October __12__, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE